# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHITNEY BANK

VERSUS

HENRY RAYFORD

NO.  2022 CW 0097

**FEBRUARY 16, 2022**

---

In Re:   Henry Rayford, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 108044.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT